# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CR616-010 |
| JOHN CHRISTOPHER PAULSON, | ) ) | |
| Defendant. | ) ) | |

## O R D E R

Application for leave of absence has been requested by Lynne M. Fleming for the period of Thursday, November 3, 2016 through and including Monday, November 14, 2016.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  22nd  day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA